NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-1015


KEVIN SNYDER, ET AL.

VERSUS

LAMAR AND/OR LAMAR ADVERTISING, ET AL.


\*\*\*\*\*\*\*\*\*\*\*\*


APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT,
PARISH OF ACADIA, NO.  78,688
HONORABLE  THOMAS DUPLANTIER, DISTRICT JUDGE


\*\*\*\*\*\*\*\*\*\*\*\*


**ELIZABETH A. PICKETT**
**JUDGE**


\*\*\*\*\*\*\*\*\*\*\*\*


Court composed of Sylvia R. Cooks, Oswald A. Decuir, and Elizabeth A. Pickett, Judges.


<u>MOTION TO SUSPEND BRIEFING</u>
<u>GRANTED.    RULE   TO   SHOW</u>
<u>CAUSE HELD IN ABEYANCE. </u>

TRACY P.  CURTIS
PERRET DOIS, APLC
Post Office Drawer 3408
Lafayette, LA 70502
Telephone (337) 262-9000
COUNSEL FOR LAMAR ADVERTISING OF LOUISIANA, LLC

MARIA A.  LOSAVIO
LOSAVIO LAW OFFICE
Post Office Box 12420
Alexandria, LA 71315
Telephone (318) 767-9033
COUNSEL FOR KEVIN AND CHERYL SNYDER

**CHARLES K. CHARRIER**
**CHARRIER & CHARRIER**
**Post Office Box 1007**
**Alexandria, LA 71309-1007**
**Telephone (318) 448-3952**
**COUNSEL FOR CHRISTOPHER AND MICHELLE PARKER**

**TROY BROUSSARD**
**ALLEN & GOOCH**
**Post Office Box 3768**
**Lafayette, LA 70502-3768**
**Telephone (337) 291-1000**
**COUNSEL FOR AMERICAN INSURANCE CO.**

**ROBERT J. YOUNG, III**
**YOUNG, RICHAUD & MYERS**
**Two Lakeway Center, Suite 1830**
**3850 N. Causeway Blvd.**
**Metairie, LA 70002**
**Telephone (504) 799-3500**
**COUNSEL FOR OHIO CASUALTY INSURANCE CO.**